IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01501-WYD-BNB

SANTIAGO PEREZ,

    Plaintiff,

v.

SIMPSON PROPERTY GROUP, LP,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Unopposed Motion to Dismiss Plaintiff's Claims With Prejudice and Request to Vacate Pre-trial Conference Scheduled for Friday, May 5, 2006.  The Motion indicates that the parties have reached a mutual agreement whereby Plaintiff no longer wishes to pursue his claim in this case. The Motion further indicates that Defendant does not oppose the motion.  The Court, having reviewed the Motion and being fully advised in the premises,

ORDERS that the Unopposed Motion to Dismiss Plaintiff's Claim With Prejudice (filed May 2, 2006) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**. It is

FURTHER ORDERED that the Request to Vacate Pre-trial Conference is **GRANTED**, although the docket shows that this conference was moved from May 5, 2006 to August 7, 2006 by Minute Order filed February 28, 2006.  Magistrate Judge

Boland is directed to vacate this conference in light of the dismissal of Plaintiff's claims. It is

FURTHER ORDERED that the three (3) day jury trial set to commence Monday, April 23, 2007 at 9:00 a.m. and the Final Trial Preparation Conference set Thursday, April 12, 2007 at 4:00 p.m. are also **VACATED**.

Dated:  May 12, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge